# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

**Date: 4/8/15**

In re:   Case No.:   15–14910 JS    Chapter:  7

| | |
|---|---|
| Dennis G. Walz<br>Debtor(s) | Donna L. Walz |

# DEFICIENCY NOTICE

DOCUMENT:            **Voluntary Petition**

PROBLEM:             **The Statement of Intention is missing.**

CURE:                **The Statement of Intention shall be filed with the Court by the date below. A copy of the Statement of Intention shall be served on the trustee and creditors named in the statement on or before the filing of the statement.**

**The above deficiency must be cured by 5/8/15 , or on or before the date of the first meeting of the creditors, whichever is earlier.**

**Additional information for non−attorney filers is available at**
**http://www.mdb.uscourts.gov/content/no−attorney**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield  301−344−3326

cc:   Debtor(s)
      Attorney for Debtor(s) − Kevin Richard Hayes

Form stint (03/05)